JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **BAHAR NIL ACOSTA, ET AL.**, <br><br> Defendants. | Case No. ED CV 14-02342 WDK-E <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff Joe Hand Promotions, Inc. and against defendants Bahar Nil Acosta, individually and doing business as Empire Vape, and Brandon Lee Acosta, individually and doing business as Empire Vape, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 34.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Bahar Nil Acosta, individually and doing business as Empire Vape, and Brandon Lee Acosta, individually and doing business as Empire Vape, shall pay the plaintiff, Joe Hand Promotions, Inc., $1,500.00 in total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: May 25, 2017

_____
William Keller
United States District Judge